**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ANTHONY ROBINSON**                                                                 **PETITIONER**

**vs.**                                                    **Civil Action No. 3:10-cv-88 HTW-LRA**

**CHRISTOPHER EPPS, ET AL.**                                              **RESPONDENTS**


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.


**SO ORDERED, THIS THE 31st DAY OF AUGUST, 2010.**

**s/ HENRY T. WINGATE**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**